Elizabeth Brannen (SBN 226234)
ebrannen@stris.com
Lauren Martin (SBN 294367)
lmartin@stris.com
**STRIS & MAHER LLP**
17785 Center Court Dr N, Ste 600
Cerritos, CA 90703
T: (213) 995-6800
F: (213) 261-0299

Kyle Roche (*pro hac vice* forthcoming)
kroche@fnf.law
Joseph Delich (*pro hac vice* forthcoming)
jdelich@fnf.law
**FREEDMAN NORMAND FRIEDLAND LLP**
155 E. 44th Street, Ste 915
New York, NY 10017
T: (646) 494-2900

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

CAMBRONNE, INC., LISA BARRETTA, JANE ADAMS, MATTHEW SACKS, and MICHAEL KOCHIN,

Plaintiffs,

v.

SPACEX SUPER INTELLIGENCE CORP. (f/k/a SPACEXAI CORP. and X.AI CORP.); SPACEX SUPER INTELLIGENCE LLC (f/k/a SPACEXAI LLC and X.AI LLC); and SPACEX SUPER INTELLIGENCE HOLDINGS LLC (f/k/a SPACEXAI HOLDINGS LLC and X.AI HOLDINGS LLC; successor by merger to X.AI HOLDINGS CORP.),

Defendants.

Case No. 5:26-cv-13187-SVK

**NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF MICHAEL KOCHIN WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Michael Kochin hereby voluntarily dismisses, without prejudice, all claims asserted by Plaintiff Michael Kochin against Defendants SpaceX Super Intelligence Corp., SpaceX Super Intelligence LLC, and SpaceX Super Intelligence Holdings LLC.

No Defendant has served an answer or motion for summary judgment in this action. Dismissal is therefore proper without a court order and takes effect upon the filing of this Notice. Fed. R. Civ. P. 41(a)(1)(A)(i).

This Notice applies solely to Plaintiff Michael Kochin and does not affect any claims asserted by the remaining Plaintiffs Cambronne, Inc., Lisa Barretta, Jane Adams, and Matthew Sacks, which shall continue to proceed against Defendants.

Dated: November 19, 2026

Respectfully Submitted,

*/s/ Elizabeth Brannen*

Elizabeth Brannen (SBN 226234)
Lauren Martin (SBN 294367)
**STRIS & MAHER LLP**
17785 Center Court Dr N, Ste 600
Cerritos, CA 90703
T: (213) 995-6800
F: (213) 261-0299
ebrannen@stris.com
lmartin@stris.com

Kyle Roche (*pro hac vice* forthcoming)
Joseph Delich (*pro hac vice* forthcoming)
**FREEDMAN NORMAND FRIEDLAND LLP**
155 E. 44th Street, Ste 915
New York, NY 10017
T: (646) 494-2900
kroche@fnf.law
jdelich@fnf.law

*Counsel for Plaintiffs*